**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**MARCELLA LOUISE BACORN,**               :
                                          :         Case No. 2:14-cv-23
    **Plaintiff,**                        :
                                          :         **JUDGE ALGENON L. MARBLEY**
    v.                                    :
                                          :         Magistrate Judge Kemp
**COMMISSIONER OF**                       :
**SOCIAL SECURITY,**                      :
                                          :
    **Defendant.**                        :


[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 30, 2015 Opinion and Order, the Court **ADOPTED** the Magistrate Judge's Report and Recommendation, **OVERRULED** Plaintiff's Objections, **OVERRULED** Plaintiff's Statement of Errors.  Judgment is entered in favor of Defendant.  This case is **DISMISSED**.


**Date:  March 30, 2015**          Rich Nagel, Clerk

                                        s/Betty L. Clark
                                   Betty L. Clark/Deputy Clerk